UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CYBERNET ENTERTAINMENT LLC, <br><br> Defendant. | Case No. 25-cv-04682-AGT <br><br> **ORDER TO PROCEED PSEUDONYMOUSLY** <br><br> Re: Dkt. No. 2 |

The Court grants plaintiffs' request for leave to proceed pseudonymously on the condition that after defendants are served and appear they may move to unseal plaintiffs' names.

**IT IS SO ORDERED.**

Dated: June 16, 2025

Alex G. Tse
United States Magistrate Judge