Michael Connett (SBN 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (772) 783-8436
mconnett@sirillp.com

Mason A. Barney*
Tyler J. Bean*
Sonjay C. Singh
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
mbarney@sirillp.com
tbean@sirillp.com
ssingh@sirillp.com

*pro hac vice admission anticipated*
*Attorneys for S.H. and C.C, Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **S.H. and C.C.** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CYBERNET ENTERTAINMENT LLC d/b/a KINK.COM**.<br><br>Defendant. | Case No. 3:25-cv-04682-VC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE**<br><br>Complaint Filed: June 3, 2025<br>Current Response Date: Aug. 13, 2025<br>Proposed New Plaintiffs' Response Date: September 1, 2025 |

This joint stipulation is made by and between plaintiffs S.H. and C.C. ("Plaintiffs") and defendant Cybernet Entertainment LLC d/b/a Kink.com ("Defendant;"

**1**
**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE**

together with Plaintiffs, the "Parties"), through their respective counsel, and with reference to and in contemplation of the following facts and circumstances:

1. Plaintiffs filed their Complaint on June 3, 2025 (ECF No. 1);

2. Defendants subsequently moved to dismiss Plaintiffs' Amended Complaint or Compel Arbitration (the "Motion") on July 30, 2025 (ECF No. 17);

3. Accordingly, Plaintiffs responsive brief in opposition to Defendants' Motion is due on August 13, 2025;

4. Defendants make a number of complex legal arguments in their Motion, touching on nuanced issues including standing and interpretation of state common and statutory law;

5. Due to the complexity of this briefing, the Parties conferred on August 1, 2025, and stipulated and agreed to extend the deadlines for Plaintiffs' Response to Defendants' Motion by eighteen (18) days, to September 1, 2025, and Defendants' subsequent deadline to file a Reply brief by thirty-three (33) days, to September 22, 2025.

THEREFORE, IT IS SO STIPULATED between the Parties, subject to the Court's agreement, that the deadline for Plaintiffs to file a responsive brief in opposition to Defendants' Motion to Dismiss or Compel Arbitration shall be extended by 18 days to September 1, 2025, and the Defendants' deadline to file a Reply brief shall be extended by 33 days, to September 22, 2025.

**2**
**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE**

DATED: August 11, 2025          OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.


By: */s/ Benjamin W. Perry*

    Sean P. Nalty
    Benjamin W. Perry *

    *pro hac vice admitted*

    Attorneys for Defendant
    **CYBERNET ENTERTAINMENT LLC d/b/a KINK.COM**


DATED: August 11, 2025          SIRI & GLIMSTAD LLP


By: */s/ Michael Connett*

    Michael Connett
    Mason A. Barney*
    Tyler J. Bean*
    Sonjay C. Singh

    *pro hac vice admission anticipated*

    Attorneys for Plaintiffs and the Class

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE**

## ATTESTATION AND CERTIFICATE OF SERVICE

I attest that, for each signatory of this document other than myself, that person concurs in the filing's content and authorizes application an electronic signature in lieu of a wet signature on the document. I certify that counsel of record who are deemed to have consented to electronic service are being served on August 11, 2025, with a copy of this document via the Court's CM/ECF per Civil Local Rule 5-1(i)(3).

By: */s/ Sonjay Singh*
Sonjay Singh