Michael Connett (SBN 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
Telephone: (772) 783-8436
mconnett@sirillp.com

Mason A. Barney*
Tyler J. Bean*
Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
mbarney@sirillp.com
tbean@sirillp.com
ssingh@sirillp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **S.H.** and **C.C.** on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>**CYBERNET ENTERTAINMENT LLC d/b/a KINK.COM**,<br><br>                              Defendants. | Case No. 3:25-cv-04682-VC<br><br>**JOINT MOTION AND STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**<br><br>Complaint Filed:     June 3, 2025<br>Hearing Date:        October 23, 2025<br>Hearing Time:        10:00 AM<br>Courtroom:           4<br>Judge:               Hon. Vince Chhabria<br><br>Trial Date:          None Set |

**JOINT STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**

1     Plaintiffs S.H. and C.C. ("Plaintiffs") and Defendant Cybernet Entertainment

2  LLC d/b/a Kink.com ("Defendant" and together with Plaintiffs, the "Parties), pursuant

3  to L.R. 7-11 and the Court's notice on civil calendars, hereby request that the Court

4  convert the October 23, 2025 motion hearing currently scheduled to be conducted in-

5  person at 10:00 a.m., to a remote hearing conducted via Zoom at 2:00 p.m. on the same

6  date, and in support state as follows:

7     1.     On September 16, 2025, Defendant's filed their Motion to Strike First

8  Amended Complaint and Dismiss with Prejudice ("Motion"), setting the hearing date on

9  the Motion for October 23, 2025 at 10:00 a.m. ECF No. 27.

10     2.     Plaintiff's counsel currently resides in Bethesda, MD. Defendant's counsel

11  currently resides in Nashville, TN. As a result, in-person appearance at the hearing would

12  require extensive travel, which would be expensive and consume two travel days for the

13  counsel for both Parties.

14     3.     Both undersigned counsel have been directly involved in the factual

15  development and legal briefing of the issues raised in the Motion. They possess specific

16  expertise and case-specific knowledge that makes them uniquely qualified to present

17  oral argument. For example, Plaintiff's counsel has been primarily responsible for

18  investigating and developing Plaintiffs' factual allegations, including the technical

19  details concerning data collection practices at issue. Defendant's counsel, in turn, has

20  led the legal strategy for the pending Motion and has unique familiarity with the

21

**1**
**JOINT STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**

governing statutory framework, the dispositive defenses raised, and the case law central to this Court's consideration. Because each counsel has been immersed in the factual record and legal arguments from the inception of this dispute, they are best positioned to address the Court's questions efficiently and accurately.

4.    A remote hearing will not diminish the Court's ability to meaningfully engage with counsel or to evaluate the arguments presented. Counsel for the Parties have substantial experience with remote proceedings and are prepared to make arrangements to ensure a reliable connection and professional setting for the remote appearance. The technology available through Zoom permits real-time interaction, immediate responses to the Court's questions, and effective presentation of arguments, all without the logistical burdens associated with cross-country travel.

**THEREFORE, IT IS SO STIPULATED** between the Parties, subject to the Court's agreement, that the hearing on Defendant's Motion will be conducted remotely via Zoom, and, in conformance with this Court's notice on civil calendars, be conducted at 2:00 p.m. on October 23, 2025.

**JOINT STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**

DATED:  September 30, 2025    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:*/s/ Benjamin W. Perry (with permission)*
   Benjamin W. Perry (admitted *pro hac vice*)

Attorneys for Defendant Cybernet Entertainment, LLC


DATED:  September 30, 2025    SIRI & GLIMSTAD LLP


By:*/s/ Sonjay Singh*
   Sonjay Singh (admitted *pro hac vice*)

Attorneys for Plaintiffs

**3**
**JOINT STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**

## ATTESTATION AND CERTIFICATE OF SERVICE

I attest that, for each signatory of this document other than myself, that person concurs in the filing's content and authorizes application an electronic signature in lieu of a wet signature on the document. I certify that counsel of record who are deemed to have consented to electronic service are being served on September 30, 2025 with a copy of this document via the Court's CM/ECF per Local Rule 5-1(i)(3).

By: */s/ Sonjay Singh*
      Sonjay Singh

4

**JOINT STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**