# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **S.H.** and **C.C.** on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>**CYBERNET ENTERTAINMENT LLC d/b/a KINK.COM**,<br><br>                    Defendants. | Case No. 3:25-cv-04682-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION AND STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**<br><br>Complaint Filed:   June 3, 2025<br>Hearing Date:     October 23, 2025<br>Hearing Time:     10:00 AM<br>Courtroom:        4<br>Judge:            Hon. Vince Chhabria<br><br>Trial Date:       None Set |

**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION AND STIPULATION TO CONDUCT OCTOBER 23, 2025 MOTION HEARING BY ZOOM**

The Court, having considered the Parties' Joint Motion and Stipulation to Conduct October 23, 2025 Motion Hearing by Zoom, and good cause appearing, hereby **ORDERS** that:

1. The hearing on Defendant's Motion to Strike First Amended Complaint and Dismiss with Prejudice is converted to a remote hearing to be conducted via Zoom.

2. The remote hearing on Defendant's Motion to Strike First Amended Complaint and Dismiss with Prejudice will be conducted on October 23, 2025, at 2:00 PM.

**SO ORDERED.**

DATED: October 2, 2025         By: _____
                                   Hon. Vince Chhabria
                                   United States District Judge