UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. H., et al., | Case No.  25-cv-04682-VC |
| Plaintiffs, | |
| v. | **ORDER REGARDING HEARING ON MOTION TO STRIKE** |
| CYBERNET ENTERTAINMENT LLC, | |
| Defendant. | |

The parties should come to the hearing prepared to address the following potential remedies for the conduct described in Cybernet's motion to strike:

1. Permit the plaintiffs to allow filing the amended complaint, conditional on holding the plaintiffs fully or partially responsible for Cybernet's fees incurred in litigating its pending motion to dismiss.

2. Strike the class allegations in the plaintiffs' complaint because the performance of counsel thus far shows that they would not be able to adequately represent the interests of the class.

**IT IS SO ORDERED.**

Dated: October 20, 2025

VINCE CHHABRIA
United States District Judge