Sonjay Singh (*pro hac vice*)
ssingh@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436

*Attorneys for Plaintiffs and the Proposed Class*

Benjamin Perry (*pro hac vice*)
benjamin.perry@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: (615) 687-2217

*Attorneys for Defendant Cybernet Entertainment LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **S.H.** and **C.C.** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CYBERNET ENTERTAINMENT LLC d/b/a KINK.COM,**<br><br>Defendants. | Case No. 3:25-cv-04682-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATED NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs S.H. and C.C. and Defendant Cybernet Entertainment, LLC respectfully request and stipulate that this matter be dismissed without prejudice.

*** *Signatures on Page to Follow* ***

DATED: October 30, 2025

**SIRI & GLIMSTAD LLP**
*Attorneys for Plaintiffs and the Putative Class*

By: */s/ Sonjay Singh*
SONJAY SINGH, ESQ.
ssingh@sirillp.com

DATED: October 30, 2025

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys for Defendant*

By: */s/ Benjamin Perry (with permission)*
BENJAMIN W. PERRY, ESQ.
benjamin.perry@ogletree.com

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

____________________________________

Hon. Vince Chhabria
United States District Court